UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**SEALED**

26-6025 MJ

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**** GREGORY VERNON and<br>STEVEN DALE LANDOS, ****<br>a/k/a "Steve",<br><br>    Defendants. | CR 25-50110<br><br>REDACTED SUPERSEDING<br>INDICTMENT<br><br>Conspiracy to Distribute a<br>Controlled Substance<br>(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A),<br>and 846) |

The Grand Jury charges:

Beginning on an unknown date and continuing until on or about June 3, 2025, in the District of South Dakota and elsewhere, defendants, Gregory Vernon and Steven Dale Landos, a/k/a "Steve", knowingly and intentionally combined, conspired, confederated, and agreed together and with others known and unknown to the Grand Jury, to knowingly and intentionally distribute 500 grams or more of a mixture and substance containing Methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

A TRUE BILL:

**NAME REDACTED**

_____
Foreperson

RONALD A. PARSONS JR.
United States Attorney

By: _____

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of South Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Steven Dale Landos, a/k/a "Steve"<br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>) | Case No. 5:25-50110 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Steven Dale Landos, a/k/a "Steve"                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute a Controlled Substance   21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846

Date:   01/22/2026                         _/s/ Matthew Thelen_
                                                                    _Issuing officer's signature_

City and state:   Rapid City, South Dakota                 Matthew W. Thelen, Clerk of Court
                                                                    _Printed name and title_

**Return**

| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ |
|---|
| at _(city and state)_ _____. |
| Date: _____             _____<br>_Arresting officer's signature_ |
| _____<br>_Printed name and title_ |

cc: USMS
    Kle